**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:

ORRIN S. ANDERSON,

Debtors.

-------------------------------------------------------------------X

ORRIN S. ANDERSON, A/K/A ORRIN ANDERSON,

Debtor and Plaintiff on behalf of himself and all others similarly situated,

-against-

CREDIT ONE BANK, N.A.,

Defendant.

-------------------------------------------------------------------X

CREDIT ONE BANK, N.A,

Appellants,

-against-

ORRIN S. ANDERSON, A/K/A ORRIN ANDERSON,

Appellee.

-------------------------------------------------------------------X

25 **CIVIL** 8837 (PMH)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2026, the portions of the Bankruptcy Court's March 28 Order and September 29 Order appealed from are AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nelson Dulal

**Deputy Clerk**